**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA GUERRERO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　　Defendant. | CASE No.  2:22-cv-07484-JLS-E<br><br>**ORDER RE: STIPULATION TO ARBITRATE AND STAY CASE (Doc. 9)** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

1. The parties will proceed to arbitration before the American Arbitration Association ("AAA") pursuant to the terms set forth in the Arbitration Provision, with CITIBANK to bear Plaintiff's portion of the fees to be paid to the arbitration firm (AAA) and to the arbitrator.

2. All proceedings and deadlines, including but not limited to any case management deadlines, shall be stayed pursuant to Section 3 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, pending completion of arbitration, at which time either party may apply to this Court to confirm, vacate, or modify the arbitration award as set forth in Sections 9 through 11 of the Federal Arbitration Act, 9 U.S.C. §§ 9-11. The Clerk shall administratively close this case until such application, if any, is made.

**IT IS SO ORDERED.**

DATED: November 15, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE