# JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Graciela Guerrero,<br><br>            Plaintiff,<br><br>      v.<br><br>Citibank, N.A.,<br><br>            Defendant. | Case No.:  2:22-cv-07484-JLS-E<br><br>JUDGMENT |

JUDGMENT IS HEREBY ENTERED, based on the Arbitration Award issued on August 17, 2023, as follows:

1. Defendant Citibank, N.A bears no legal liability for the claims brought by Plaintiff Graciela Guerrero in this action.

2. Each party is to bear its own costs, expenses, and legal fees, other than the costs of arbitration which were paid by Defendant Citibank.

**IT IS SO ORDERED.**

DATED: September 5, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE